IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY BLOCH,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>MACK TRUCKS, INC.,<br>　　　　　Defendant. | CIVIL ACTION<br>NO. 15-5806 |

## ORDER

**AND NOW**, this   7th    day of March, 2017, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 14) is **GRANTED**. Judgment is entered in favor of Defendant and against Plaintiff on all counts of the Complaint.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　**/s/ Jeffrey L. Schmehl**
　　　　　　　　　　　　　　　　　　**Jeffrey L. Schmehl, J.**